**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DERRICK LAWRENCE, : No. 6 MM 2021
:
Petitioner :
:
:
v. :
:
:
BERNADETTE MASON, :
SUPERINTENDENT, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are DENIED.  The Application to File Answer *Nunc Pro Tunc* is DISMISSED AS MOOT.